UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MORRIS DAY,

        Plaintiff,

    v.

JACKIE LACEY, et al.,

        Defendants.

Case No. 20-cv-08622-JST

**ORDER OF DISMISSAL**

On December 7, 2020, Plaintiff filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. ECF No. 1. That same day, the Clerk of the Court informed Plaintiff that this action was deficient because he had not paid the filing fee and the *in forma pauperis* application submitted was not on the proper form. ECF No. 3. Plaintiff was instructed to respond within twenty-eight days of the date of the order. ECF No. 3. The deadline has passed, and Plaintiff has neither paid the filing fee nor submitted a correct *in forma pauperis* application. The Court therefore DISMISSES this action without prejudice. Because this dismissal is without prejudice, Plaintiff may move to reopen the action. Any such motion must contain either the full filing fee or a complete *in forma pauperis* application, i.e., an *in forma pauperis* application on the proper form, with the required supporting documents.

**IT IS SO ORDERED.**

Dated: January 14, 2021

                                            JON S. TIGAR
                                         United States District Judge